McGREGOR W. SCOTT
United States Attorney
ERICA L. ANDERSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00183-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL |
| v. | DATE: January 31, 2018 |
| MARY K. METZ, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. At the December 13, 2017, status conference, the Court set the trial confirmation hearing for January 31, 2018, at 9:00 a.m., and the jury trial for February 26, 2018, at 9:00 a.m.

2. By this stipulation, the parties move to continue the trial confirmation hearing to February 28, 2018, at 9:00 a.m., and the jury trial to March 26, 2018, at 9:00 a.m., and to exclude time between February 26, 2018, and March 26, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant, Linda C. Allison, has an out of town obligation on February 26, 2018, and, thus, is unavailable to attend trial on that date.

    b. Counsel for defendant believes that failure to grant the above-requested

1    continuance would deny defendant continuity of counsel.

2         c.    The United States does not object to the continuance.

3         d.    Based on the above-stated findings, the ends of justice served by continuing the

4               case as requested outweigh the interest of the public and the defendant in a trial

5               within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, *et*

6               *seq.*

7         e.    For the purpose of computing time under the Speedy Trial Act, within which trial

8               must commence, the time period of February 26, 2018, to March 26, 2018,

9               inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv)

10              [Local Code T4] because it results from a continuance granted by the Court at

11              defendant's request on the basis of the Court's finding that the ends of justice

12              served by taking such action outweigh the best interest of the public and the

13              defendant in a speedy trial.

14    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16 must commence.

17

18    IT IS SO STIPULATED.

19 Dated:  January 25, 2018                    McGREGOR W. SCOTT
                                              United States Attorney
20

21                                            /s/ *Erica L. Anderson*
                                              ERICA L. ANDERSON
22                                            Special Assistant U.S. Attorney

23

24 Dated:  January 26, 2018                    /s/ *Linda C. Allison*
                                              LINDA C. ALLISON
25                                            Assistant Federal Defender
                                              Attorney for Defendant
26                                            MARY K. METZ

27

28

STIPULATION AND                                            U.S. V. MARY K. METZ
[PROPOSED] ORDER

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 29, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND
[PROPOSED] ORDER

U.S. V. MARY K. METZ