McGREGOR W. SCOTT
United States Attorney
ERICA L. ANDERSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARY K. METZ, <br><br> Defendant. | CASE NO. 2:17-CR-00183-KJN <br><br> STIPULATION CONCERNING STATUS CONFERENCE; ORDER <br><br> DATE: February 21, 2018 <br> TIME: 9:00 a.m. <br> COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Erica L. Anderson, and defendant, by and through her counsel of record, Linda C. Allison, hereby stipulate as follows:

1. By prior order dated January 29, 2018, the Court set this matter for a trial confirmation hearing on February 28, 2018 at 9:00 a.m., and a jury trial on March 26, 2018 at 9:00 a.m., and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, between February 26, 2018 and March 26, 2018 pursuant to Local Code T4. Dkt. No. 12.

2. By prior orders, the Court had excluded time under the Speedy Trial Act between October 11, 2017 and February 26, 2018 pursuant to Local Code T4. Dkt. Nos. 6, 7, 10.

3. During the period since the Information was filed, the parties have diligently conferred and exchanged information, including:

    a. The government provided defense counsel with discovery;

b. The defense has reviewed the discovery provided by the government, including agency reports, photographs and video recordings pertaining to the investigation;

c. Defense counsel and the undersigned prosecuting Special Assistant United States Attorney have conferred in writing and verbally on multiple occasions. Based on those communications, the parties represent that they expect the defendant to change her plea at the next appearance such that the scheduled trial confirmation hearing and jury trial may be vacated.

4. By this stipulation, the parties move to be added to the Court's criminal calendar on February 21, 2018 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: February 15, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ *Erica L. Anderson*
ERICA L. ANDERSON
Special Assistant U.S. Attorney

Dated: February 15, 2018

/s/ *Linda C. Allison* (as authorized on 2/15/18)
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
MARY K. METZ

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE