| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Rachelle_Barbour@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | MARY K. METZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2: 17-cr-00183 |
| | ) | |
| Plaintiff, | ) | REQUEST FOR RULE 43 WAIVER (VIDEO |
| | ) | APPEARANCE) FOR SENTENCING; ORDER |
| vs. | ) | |
| | ) | Date: July 11, 2018 |
| MARY K. METZ, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Kendall J. Newman |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This misdemeanor matter is scheduled for judgment and sentencing on July 11, 2018 at 9:00 a.m. Defendant respectfully requests this Court to permit Ms. Metz to appear via video teleconferencing pursuant to Federal Rule of Criminal Procedure 43(b)(2). Ms. Metz has pled guilty to one count of theft of government property in violation of Title 18 U.S.C. § 641, a Class A misdemeanor. The government has recommended a fine of $500, $25 special assessment, and on one year of supervised probation. The Probation Officer has recommended the year of supervision, but no fine. Defense counsel has consulted with the government, which has no opposition to a video appearance by Ms. Metz.

Ms. Metz lived in California because of her estranged husband's military career. Their marriage has now dissolved, and she is returning to her home state of North Carolina with her son to live with her grandparents, who raised her. She planned to stay in California for sentencing, however financial difficulties from the divorce required that she give up her lease

Rule 43 Waiver -1- *U.S. v Mary K. Metz,*

and move back to Greensboro, North Carolina where she could save money by living with family.  She can fly back for sentencing if necessary, but the airplane ticket would cause additional financial hardship and likely cost more than the $500 fine recommended by the government.

Ms. Metz wishes to uphold her responsibility to the Court and appear at the sentencing hearing via video teleconferencing.  She will make herself available at the United States District Court for the Middle District of North Carolina in Greensboro, or at any other location that would enable her to appear via video teleconference.  Rule 43(b) expressly allows a misdemeanor defendant to waive personal appearance for sentencing and request Court permission to appear instead by video teleconference.  Especially in this case, where the government is seeking a fine, and the Probation Office has recommended only a term of supervision, video teleconferencing appears appropriate.  Ms. Metz requests that this Court permit her to appear via video teleconference pursuant to Rule 43(b)(2).

By her signature below, Ms. Metz confirms that, pursuant to Federal Rule of Criminal Procedure 43(b)(2), she been advised of her right to be present at all stages of the proceedings. She hereby requests that this Court permit her to waive her right to personally appear for her sentencing, and that she be allowed to appear via video teleconference.  Ms. Metz agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Ms. Metz were personally present, and requests that this Court allow her attorney to represent her interests at all times. This Court has the discretion under Rule 43(b)(2) to allow Ms. Metz to appear by video teleconference or to be absent from the proceedings.  Ms. Metz agrees that she will be present at any place, date, and time the Court sets for her appearance via teleconference.

//
//

Accordingly, Ms. Metz respectfully requests the Court grant a waiver of her right and obligation to be personally present and that she be permitted to appear via video teleconference.

Dated: June 29, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ RACHELLE BARBOUR*
RACHELLE BARBOUR
Attorney for Defendant
MARY K. METZ

I consent to the above.

Dated: June 29, 2018            /s/ Mary Metz (original retained in defense file)

MARY K. METZ
Defendant

# ORDER

Good Cause Appearing, the above request for Defendant's waiver of personal appearance and request to appear via video teleconference at the sentencing hearing on July 11, 2018 at 9:00 AM (PST) is granted by order of the court. Ms. Metz shall appear in person on **July 11, 2018 at 12:00 PM (EST)** at the L. Richardson Preyer Federal Building, 324 W. Market Street, Greensboro, North Carolina 27406. Ms. Metz is to go to the Second Floor Conference, Room 245 and bring a picture ID (State or Federal). Ms. Metz is further advised that no cell phone shall be permitted at the Middle District of North Carolina Federal Courthouse.

IT IS SO ORDERED.

Dated: July 2, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE